ATF



SEALED
UNTIL EXECUTED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

UNITED STATES OF AMERICA

v.

KEIDRIC KEI VON BROWN (01)

No.   4:22-MJ-265



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 1 4 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## WARRANT FOR ARREST

TO:    **The United States Marshal and
Any Authorized Officer of the United States**

YOU ARE HEREBY COMMANDED to arrest **Keidric Kei Von Brown**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with Possession of an Unregistered Firearm, in violation of **26 U.S.C. §§ 5861(d) and 5871.**

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the ___12th___ day of April 2022.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____Fort Worth, TX_____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 4-13-2022 | Medvetz, ATF SA | |